ELIZABETH A. BURNHAM, Respondent, *v.* ABRAHAM DENIKE, Appellant, Impleaded with Others.

EMIL MESNIER, Respondent.

*Burnham* v. *Denike*, 54 App. Div. 628, affirmed.
(Argued June 5, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 18, 1900, which reversed an order of Special Term denying a motion of the respondent Mesnier to be relieved from his purchase of certain real property and granted such motion.

*Raphael J. Moses* for appellant.

*Frederick E. Crane* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.